UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**UNITED STATES OF AMERICA**

v.  CRIMINAL ACTION NO. 2:16-00127
    2:13-00090

**NIKKI TRENTOR DODDRILL**

### SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
### MEMORANDUM OPINION AND ORDER

On December 20, 2017, the United States of America appeared by Gabriele Wohl, Assistant United States Attorney, and the defendant, Nikki Trentor Doddrill, appeared in person and by her counsel, Rachel E. Zimarowski, Assistant Federal Public Defender, for a hearing on the petition on supervised release submitted by United States Probation Officer Amy Berry-Richmond. The defendant commenced a 32-month term of supervised release in this action on September 7, 2017, as more fully set forth in the Supervised Release Revocation and Judgment Order entered by the court on July 25, 2017.

The court heard the evidence and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respect: the defendant failed to abide by the special condition that she participate in the Mother's Program inasmuch as she began treatment in the program on September 8, 2017, was placed on a behavioral contract on October 12, 2017, as a result of an abnormal urine screen and was discharged from the program on October 23, 2017, by virtue of her admission on October 21, 2017, that she had used Fentanyl; all as set forth in the petition on supervised release.

And the court finding, as more fully set forth on the record of the hearing, that the violation warrants revocation of supervised release and, further, that it would unduly depreciate the seriousness of the violation if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth

in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of SIX (6) MONTHS, to run concurrently as to each Criminal No. 2:16-00127 and 2:13-00090, for a total imprisonment term of six months.

The defendant was remanded to the custody of the United States Marshal.

<u>Recommendation</u>: The court recommends that the defendant be designated to FPC Alderson.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: December 21, 2017

John T. Copenhaver, Jr.
United States District Judge